## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: DEANNE MICHELLE YORK, )
)  Case No. 21-
)  Chapter 7
)
)
Debtor(s). )

Employee Income Records.

DEANNE MICHELLE YORK

By: */s/ Mark B. Toffoli*
   Mark B. Toffoli (OBA #9045)

OF THE FIRM:

THE GOODING LAW FIRM
A Professional Corporation
650 City Place Building
204 North Robinson Avenue
Oklahoma City, Oklahoma 73102
mtoffoli@goodingfirm.com
405.948.1978 – Telephone
405.948.0864 – Telecopier

Attorney for DEANNE MICHELLE YORK

**EDMOND MEDIA PUBLISHING, LLC**

3451

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Deanne M York, 629 Lakeside Circle, Edmond, OK 73012 | | | | | ***-**-7502 | | |
| | | | | | Pay Period: 10/01/2020 - 10/14/2020 | | Pay Date: 10/15/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 66.45 | 22.00 | 1,468.50 | 31,980.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -44.00 | -1,132.00 |
| Social Security Employee | -91.05 | -1,982.78 |
| Medicare Employee | -21.29 | -463.71 |
| OK - Withholding | -32.00 | -774.00 |
| | -188.34 | -4,352.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -5,551.40 |

| Net Pay | 1,002.59 | 22,076.41 |
|---|---|---|

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164, 405-340-3311, EDMOND MEDIA PUBLISHING COMPANY    Powered by Intuit Payroll

---

**EDMOND MEDIA PUBLISHING, LLC**

3454

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Deanne M York, 629 Lakeside Circle, Edmond, OK 73012 | | | | | ***-**-7502 | | |
| | | | | | Pay Period: 10/15/2020 - 10/31/2020 | | Pay Date: 11/01/2020 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 76.05 | 22.00 | 1,673.83 | 33,654.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -1,196.00 |
| Social Security Employee | -103.78 | -2,086.56 |
| Medicare Employee | -24.27 | -487.98 |
| OK - Withholding | -42.00 | -816.00 |
| | -234.05 | -4,586.54 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -5,828.97 |

| Net Pay | 1,162.21 | 23,238.62 |
|---|---|---|

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164, 405-340-3311, EDMOND MEDIA PUBLISHING COMPANY    Powered by Intuit Payroll

**EDMOND MEDIA PUBLISHING, LLC**  3457

Employee: Deanne M York, 629 Lakeside Circle, Edmond, OK 73012
SSN: ***-**-7502
Pay Period: 11/01/2020 - 11/14/2020
Pay Date: 11/15/2020

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 66.45 | 22.00 | 1,468.50 | 35,122.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -44.00 | -1,240.00 |
| Social Security Employee | -91.04 | -2,177.60 |
| Medicare Employee | -21.30 | -509.28 |
| OK - Withholding | -32.00 | -848.00 |
| | -188.34 | -4,774.88 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -6,106.54 |

| Net Pay | 1,002.59 | 24,241.21 |

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164, 405-340-3311, EDMOND MEDIA PUBLISHING COMPANY   Powered by Intuit Payroll

---

**EDMOND MEDIA PUBLISHING, LLC**  3460

Employee: Deanne M York, 629 Lakeside Circle, Edmond, OK 73012
SSN: ***-**-7502
Pay Period: 11/15/2020 - 11/30/2020
Pay Date: 12/01/2020

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 81.00 | 22.00 | 1,782.00 | 36,904.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -1,315.00 |
| Social Security Employee | -110.49 | -2,288.09 |
| Medicare Employee | -25.84 | -535.12 |
| OK - Withholding | -48.00 | -896.00 |
| | -259.33 | -5,034.21 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -6,384.11 |

| Net Pay | 1,245.10 | 25,486.31 |

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164, 405-340-3311, EDMOND MEDIA PUBLISHING COMPANY   Powered by Intuit Payroll

**EDMOND MEDIA PUBLISHING, LLC**

3463

Employee
Deanne M York, 829 Lakeside Circle, Edmond, OK 73012

SSN
***-**-7502
Pay Period: 12/01/2020 - 12/14/2020                    Pay Date: 12/15/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 71.00 | 22.00 | 1,562.00 | 38,466.63 |
| Bonus (2) | | 500.00 | 500.00 | 500.00 |
| | 71.00 | | 2,062.00 | 38,966.63 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -107.00 | -1,422.00 |
| Social Security Employee | | -127.84 | -2,415.93 |
| Medicare Employee | | -29.90 | -565.02 |
| OK - Withholding | | -62.00 | -958.00 |
| | | -326.74 | -5,360.95 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -6,661.68 |

Net Pay                 1,457.69       26,944.00

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164  405-340-3311  EDMOND MEDIA PUBLISHING COMPANY          Powered by Intuit Payroll

---

**EDMOND MEDIA PUBLISHING, LLC**

3466

Employee
Deanne M York, 829 Lakeside Circle, Edmond, OK 73012

SSN
***-**-7502
Pay Period: 12/15/2020 - 12/31/2020                    Pay Date: 01/01/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 89.15 | 22.00 | 1,963.50 | 1,963.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -94.00 | -94.00 |
| Social Security Employee | -121.74 | -121.74 |
| Medicare Employee | -28.47 | -28.47 |
| OK - Withholding | -57.00 | -57.00 |
| | -301.21 | -301.21 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -277.57 |

Net Pay                 1,384.72       1,384.72

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164  405-340-3311  EDMOND MEDIA PUBLISHING COMPANY          Powered by Intuit Payroll

## EDMOND MEDIA PUBLISHING, LLC

3469

Employee: Deanne M York, 629 Lakeside Circle, Edmond, OK 73012
SSN: ***-**-7502
Pay Period: 01/01/2021 - 01/14/2021
Pay Date: 01/15/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 71.45 | 22.00 | 1,578.90 | 3,542.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -53.00 | -147.00 |
| Social Security Employee | -97.86 | -219.60 |
| Medicare Employee | -22.89 | -51.36 |
| OK - Withholding | -38.00 | -95.00 |
| | -211.75 | -512.96 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | -277.57 | -555.14 |

Net Pay: 1,089.18   2,473.90

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164  405-340-3311  EDMOND MEDIA PUBLISHING COMPANY

Powered by Intuit Payroll

## EDMOND MEDIA PUBLISHING, LLC

3472

Employee: Deanne M York, 629 Lakeside Circle, Edmond, OK 73012
SSN: ***-**-7502
Pay Period: 01/15/2021 - 01/31/2021
Pay Date: 02/01/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 82.35 | 22.00 | 1,816.83 | 5,358.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -77.00 | -224.00 |
| Social Security Employee | -112.65 | -332.25 |
| Medicare Employee | -26.34 | -77.70 |
| OK - Withholding | -50.00 | -145.00 |
| | -265.99 | -778.95 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | 0.00 | -555.14 |

Net Pay: 1,550.84   4,024.74

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164  405-340-3311  EDMOND MEDIA PUBLISHING COMPANY

Powered by Intuit Payroll

## EDMOND MEDIA PUBLISHING, LLC 3475

Employee: Deanne M York, 629 Lakeside Circle, Edmond, OK 73012
SSN: ***-**-7502
Pay Period: 02/01/2021 - 02/14/2021
Pay Date: 02/15/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 82.20 | 22.00 | 1,814.63 | 7,173.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -77.00 | -301.00 |
| Social Security Employee | -112.50 | -444.75 |
| Medicare Employee | -26.32 | -104.02 |
| OK - Withholding | -49.00 | -194.00 |
| | -264.82 | -1,043.77 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | 0.00 | -555.14 |

Net Pay   1,549.81   5,574.55

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164 405-340-3311, EDMOND MEDIA PUBLISHING COMPANY

Powered by Intuit Payroll

## EDMOND MEDIA PUBLISHING, LLC 3478

Employee: Deanne M York, 629 Lakeside Circle, Edmond, OK 73012
SSN: ***-**-7502
Pay Period: 02/15/2021 - 02/28/2021
Pay Date: 03/01/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 71.40 | 22.00 | 1,576.67 | 8,750.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -53.00 | -354.00 |
| Social Security Employee | -97.76 | -542.51 |
| Medicare Employee | -22.86 | -126.88 |
| OK - Withholding | -38.00 | -232.00 |
| | -211.62 | -1,255.39 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | 0.00 | -555.14 |

Net Pay   1,365.05   6,939.60

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164 405-340-3311, EDMOND MEDIA PUBLISHING COMPANY

Powered by Intuit Payroll

**EDMOND MEDIA PUBLISHING, LLC**

3481

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Deanne M York 829 Lakeside Circle Edmond, OK 73012 | | | | | ***-**-7502 | |
| | | | | | Pay Period 03/01/2021 - 03/14/2021 | Pay Date 03/15/2021 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Production | 89.55 | 22.00 | 1,978.17 | 10,728.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -95.00 | -449.00 |
| Social Security Employee | -122.64 | -665.15 |
| Medicare Employee | -28.68 | -155.56 |
| OK - Withholding | -58.00 | -290.00 |
| | -304.32 | -1,559.71 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Family Insurance | 0.00 | -555.14 |

| Net Pay | 1,673.85 | 8,613.45 |
|---|---|---|

Edmond Life & Leisure, PO Box 164, Edmond, OK 73083-0164  405-340-3311, EDMOND MEDIA PUBLISHING COMPANY

Powered by Intuit Payroll